IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

THEODORE JOHNSON,

Defendant.                                              No. 99-cr-30022-DRH-1

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for purposes of case management. It has come to the Court's attention that defendant Johnson may or may not have received notice of the Federal Public Defender's motion to withdraw as Johnson's appointed counsel regarding Johnson's pending motion for reduction in sentence based upon the Fair Sentencing Act (Doc. 769). Thus, defendant Johnson is **GRANTED** an additional 30 days, up to and including **July 24, 2013,** to file a response to the Federal Public Defender's motion to withdraw (Doc. 769). The Clerk is **DIRECTED** to send a copy of this Order and a copy of the pending motion to withdraw referenced above (Doc. 769) to defendant Johnson.

**IT IS SO ORDERED.**

Signed this 24th day of June, 2013.

David R. Herndon
2013.06.24
14:00:07 -05'00'

**Chief Judge**
**United States District Court**