IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

THEODORE JOHNSON,

Defendant.                                    No. 99-cr-30022-DRH-1

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

On July 16, 2013, this Court dismissed defendant Theodore Johnson (Johnson) *pro se* motion under 18 U.S.C. § 3582(c)(2) for a reduction of sentence based upon amendment to the crack cocaine guideline, U.S.S.G. § 2D1.1(c), and thus granted his appointed-counsel's motion to withdraw (Doc. 786).

The Court dismissed Johnson's motion for lack of jurisdiction because he was unable to show his applicable sentencing range has been retroactively lowered. To reiterate, the Court found him responsible for 39 kilograms of crack cocaine at the sentencing hearing held in May 2000, as it accepted the recommendations of the PSR. This obviously exceeds the minimum 8.4 kilograms under the amended guidelines for the highest base offense level, 38. *See* U.S.S.G. § 2D1.1. The Seventh Circuit affirmed this Court's findings concerning Johnson's relevant conduct on direct appeal. Johnson's arguments concerning *Apprendi v. New Jersey*, 530 U.S. 466 (2000) and *Alleyne v. United States*, 133 S. Ct. 2151 (2013), are not persuasive.

Johnson has now filed a motion to reconsider this Court's prior ruling. The Court carefully considered Johnson's arguments, re-hashed instantly, in making its ruling. In again considering Johnson's arguments, the Court remains confident in its belief that Johnson is not eligible for a crack reduction. Johnson's motion for reconsideration is **DENIED** (Doc. 787).

**IT IS SO ORDERED.**

Signed this 2nd day of August, 2013.

Digitally signed by David R. Herndon
Date: 2013.08.02 15:17:02 -05'00'

**Chief Judge**
**United States District Court**