IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

THEODORE JOHNSON,

Defendant.                                         No. 99-cr-30022-DRH-1

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

On October 2, 2013, this Court dismissed defendant Theodore Johnson's (Johnson) *pro se* motion for a modification of offense guideline section (Doc. 803). Johnson moves the Court to reconsider its Order of dismissal (Doc. 805). Johnson's motion argued Amendment 591 calls for a reduction in his sentence. Pursuant to Amendment 591, the sentencing court may no longer choose the offense guideline based on the offender's actual conduct; instead, the sentencing court must apply the offense guideline that corresponds to the statute of conviction.

The Court shall not re-hash its reasons for dismissing Johnson's motion. This Court explained in its Order of dismissal that reliance on § 2D1.1 was proper. In reviewing Johnson's arguments for reconsideration, he has not presented the Court with a reason to vacate its Order of dismissal. Amendment 591 does not apply to Johnson's sentence.

Johnson's motion for reconsideration is **DENIED** (Doc. 805).

**IT IS SO ORDERED.**

Signed this 30th day of October, 2013.

David R. Herndon
2013.10.30
05:58:59 -05'00'

**Chief Judge
United States District Court**