IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

THEODORE JOHNSON,

Defendant.                                                  No. 99-cr-30022-DRH-1

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Theodore Johnson's "request to disclose plea transcript" (Doc. 814). Johnson notes he has filed an appeal in relation to this Court's denial of his most recent request for a sentence reduction. Johnson states the "record does not reflect Johnson sought permission from this Court to disclose the Plea Transcript, Mr. Johnson's issue on appeal contains references to the Plea Transcript that are germane to this litigation."

Based on this Court's understanding of Johnson's request and his citations to *United States v. Kahn,* 175 F.3d 518, 523 (7th Cir. 1999)(government's failure to request permission to disclose excerpts from sealed presentence report was harmless error), and *United States v. Corbitt,* 879 F.2d 224, 236 (7th Cir. 1989) (common-law right of access to judicial records does not apply to materials submitted under seal), it appears Johnson believes he needs this Court's permission to cite to his change of plea transcript in his appellate briefing. The

Court assures Johnson he does not. Thus, Johnson's request for disclosure is denied as **MOOT**.

In the future, should Johnson re-file his motion as a request for a free copy of his change of plea transcript, he must demonstrate to the Court that he has sought access to the transcript through other means and that it is necessary to the preparation of his appeal. *See* 28 U.S.C. § 753(f); *see United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977).

On the basis of the above, Johnson's instant request is denied as **MOOT** (Doc. 814).

**IT IS SO ORDERED.**

Signed this 14th day of November, 2013.

Digitally signed by David R. Herndon
Date: 2013.11.14 14:00:53 -06'00'

**Chief Judge
United States District Court**